*monwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015).

■

**COMMONWEALTH of Pennsylvania,
Appellant**

**v.**

**Joshua JEAN, Appellee.**

**Commonwealth of Pennsylvania,
Appellee**

**v.**

**Joshua Jean, Appellant.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Jr., Philadelphia, for Commonwealth of Pennsylvania.

Karl Baker, Ellen T. Greenlee, Owen W. Larrabee, James Aaron Streifer Temple, Stephen J. Fleury, Jr., Defender Association of Philadelphia, Philadelphia, for Joshua Jean.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is **AFFIRMED** in part as to the Commonwealth's appeal at 37 EAP 2014, *see Commonwealth v. Hopkins,* —— Pa. ——, 117 A.3d 247 (2015), and the case is **REMANDED** to the Superior Court for consideration of Joshua Jean's appeal at 38 EAP 2014. This Court's Order of January 12, 2015, which held Jean's appeal in abeyance pending disposition of the Commonwealth's appeal, is **VACATED.**